UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
DONNA HEDGES, *on behalf of herself and all others* :
*similarly situated*, :
:
Plaintiff, :
:
-v-                                                                         :      25 Civ. 3672 (JPC)
:
EWC FRANCHISOR LLC,                                             :      <u>ORDER</u>
:
Defendant.                                              :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On July 10, 2025, Plaintiff served Defendant with copies of the Summons and Complaint. Dkt. 6. Defendant's deadline to respond to the Complaint was therefore July 31, 2025. *See* Fed. R. Civ. P. 12(a)(1)(A)(i). That deadline has passed, and the docket does not reflect a response to the Complaint from Defendant. Accordingly, the Court extends *sua sponte* Defendant's deadline to respond to the Complaint until August 8, 2025. If Defendant once again fails to respond to the Complaint by its deadline to do so, Plaintiff shall seek a Certificate of Default by August 15, 2025.

Plaintiff is directed to mail a copy of this Order by First Class Mail to the address at which Defendant was served with the Summons and Complaint, and to file proof of service on the docket within two days of such service.

SO ORDERED.

Dated: August 1, 2025
       New York, New York                                    _____
                                                                          JOHN P. CRONAN
                                                                          United States District Judge