UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DONNA HEDGES, *on behalf of herself and all others similarly situated*,

                          Plaintiff,

                -v-                                      25 Civ. 3672 (JPC)

EWC FRANCHISOR LLC,                            ORDER

                        Defendant.
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      The Court's August 1, 2025 Order extended *sua sponte* Defendant's deadline to respond to the Complaint to August 8, 2025, and instructed Plaintiff to seek a Certificate of Default by August 15, 2025 if Defendant failed to respond to the Complaint by that deadline. Dkt. 7. Both of these deadlines have passed and the docket does not reflect any activity from the parties. The Court extends *sua sponte* Plaintiff's deadline to seek a Certificate of Default to August 25, 2025. If Plaintiff has not sought a Certificate of Default by that date, this action may be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

      SO ORDERED.

Dated: August 18, 2025
       New York, New York

                                                          JOHN P. CRONAN
                                                   United States District Judge