UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
DONNA HEDGES, ON BEHALF OF HERSELF : ECF CASE
AND ALL OTHER PERSONS SIMILARLY :
SITUATED, :
: No.: 1:25-cv-3672
                Plaintiffs, :
:
v. :
:
EWC FRANCHISOR LLC :
:
                Defendant. :
:
:
------------------------------------- x

## NOTICE OF SETTLEMENT

To The Honorable Court:

      The undersigned represents the Plaintiff in the above-entitled action. The Parties have reached a settlement in principle and the undersigned, with the consent of the Defendant, respectfully requests that Your Honor dismiss this action with prejudice with the right to reopen in forty-five (45) days if the Settlement Agreement is not consummated. In light of the anticipated settlement, the Parties respectfully request all currently pending deadlines in this action be adjourned *sine die*.

Dated: New York, New York
       September 8, 2025              Respectfully Submitted,

                                        **GOTTLIEB & ASSOCIATES PLLC**
                                        /s/ Michael A. LaBollita
                                        Michael A. LaBollita, Esq.

                                          Michael A. LaBollita (ML-9985)
                                          Jeffrey M. Gottlieb (JG-7905)
                                          Dana L. Gottlieb (DG-6151)
                                          GOTTLIEB & ASSOCIATES PLLC
                                          150 East 18th Street, Suite PHR
                                          New York, New York 10003
                                          Tel: 212.228.9795
                                          Fax: 212.982.6284
                                          Jeffrey@Gottlieb.legal
                                          Dana@Gottlieb.legal
                                          Michael@Gottlieb.legal
                                          *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge